In the Matter of the Judicial Settlement of the Account of Proceedings of CHARLES WENDEROTH and ALBERTINA HERSHBERGER, as Executors and Trustees, etc., of CHARLES HERSHBERGER, Deceased.— Motion for permission to file undertaking granted. Present— Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

ELIZABETH LYE, Respondent, v. PAUL STERN and ROSE STERN, Appellants. ROSE REEP, Respondent.— Motion for reargument denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

NICHOLAS McKENNA, as Ancillary Executor, etc., of GERTRUDE MALNATI, Deceased, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Motion for reargument granted for April fifth. The direction in the decision,* that defendant was entitled to judgment, was inserted through inadvertence, the intention of this court being that the action should be tried. Reargument is, therefore, granted in order that correction may be made. Kelly, P. J., Young, Kapper and Lazansky, JJ., concur; Hagarty, J., taking no part.

DAVID NISSNEWITZ, Respondent, v. JENNIE YUSTEIN and Others, Appellants.— Motion for stay of proceedings granted, upon condition that within ten days from the entry of the order herein defendants pay $197.80, the expenses incurred upon two postponements of the sale, caused by their delay, and that they perfect their appeal and bring it on for argument at the May term, for which term the case is set down; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE'S TRUST COMPANY and JAMES F. McNABOE, as Executors of KATE DURYEA, Deceased, Respondents, v. THE UNION FERRY COMPANY OF NEW YORK AND BROOKLYN, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

SAMUEL PROBOLSKY and HARRY PROBOLSKY, Copartners, etc., Respondents, v. ELLEK MARKOWITZ, as Treasurer of Local 87 of the Bakery and Confectionery Workers' International Union of America, Defendant. HARRY GREEN and Others, Appellants.— Motion for reargument granted; and, upon reargument, motion by defendants, appellants, for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK STERN, BENJAMIN MARCUS and Another, Appellants.— Motion for order granting defendant Stern permission to have his appeal heard on the printed record filed on behalf of a codefendant, Benjamin Marcus, granted, the district attorney of the county of Kings and the attorney for the codefendant, Marcus, having consented thereto in writing. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ. Settle order on notice.

ROSE REEP, Respondent, v. PAUL STERN and ROSE STERN, Appellants. ELIZABETH LYE, Respondent.— Motion for reargument denied. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

MORRIS ROSENBLUM, Respondent, v. MORRIS FELLER and Another, Appellants.— On stipulation, motion to vacate order dismissing appeal granted. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

---

* See 220 App. Div. 53.— [REP.